1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   CESAR MARTINEZ,

11                          Plaintiff,              CASE NO.    C06-5624RBL-KLS

12        v.                                        ORDER

13   MICHAEL J. ASTRUE, Commissioner of
     Social Security,
14
                            Defendant.
15

16

17        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen

18   L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any,

19   and the remaining record, does hereby find and ORDER:

20        (1)    the Court adopts the Report and Recommendation;

21        (2)    the ALJ erred in his decision as described in the report;

22        (3)    the  matter is therefore REVERSED and remanded to the Commissioner for further

23               administrative proceedings; and

24        (4)    the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel

25               and Magistrate Judge Karen L. Strombom.

26        DATED this 6th day of August, 2007.

27

28                          RONALD B. LEIGHTON
                            UNITED STATES DISTRICT JUDGE

ORDER
Page - 1