# United States District Court

WESTERN DISTRICT OF WASHINGTON

CESAR L. MARTINEZ

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5624RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for attorney's fees without reduction and ORDERS that Plaintiff's attorney, Eitan Kassel Yanich, is awarded EAJA fees of $6,613.32 and expenses in the sum of $23.92 pursuant to 28 U.S.C. § 2421 and costs in the sum of $350.00 as set out at 28 U.S.C. § 1920, payable from the Judgment Fund pursuant to 31 U.S.C. § 1304.

| | |
|---|---|
| December 21, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |